IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL ROBERT COX,            Civ. No. 6:23-cv-1744-MK

                                                                                                ORDER

      Plaintiff,

      v.

CASSONDRA NICHOLE COX,

        Defendant.

_____

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#11), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#11) is adopted. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

      DATED this 22nd of May, 2024.

                                                         _____/s/ Michael J. McShane_____
                                                                        Michael McShane
                                                             United States District Judge

ORDER